| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Conner, Christopher C. | 2. Court or Organization<br><br>Middle District Pennsylvania | 3. Date of Report<br><br>05/10/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>P.O. Box 847<br>Harrisburg, PA 17108-0847 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Fidelity Advisor 529 College Savings Plans #1 and #2 |
| 2. | Trustee | Trustee Account #1 |
| 3. | Member of the Board of Advisors | Penn State University Dickinson School of Law |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | The Pennsylvania State University - teaching at law school | $24,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Lawyer's Association | April 1-2, 2016 | New York City | Dinner in Honor of Federal Judiciary | Transportation, meals and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/10/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Pennsylvania State Employees Credit Union | Mortgage equity loan on Rental Property, Mechanicsburg, PA (Part VII. Line 5) | J |
| 2. | Riverview Bank | Line of Credit secured by personal real estate, Harrisburg, PA | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First National Bank cash accounts (formerly referred to as FNB) | A | Interest | J | T | | | | | |
| 2. RENTAL PROPERTY, Mechanicsburg, PA (2004, $302,250) | E | Rent | N | R | | | | | |
| 3. FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #1 (H) | | | | | | | | | |
| 4. - FA 529 Stock Selector Mid Cap Portfolio Class A | | None | J | T | Distributed (part) | 03/01/16 | J | A | |
| 5. FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #2 (H) | | | | | | | | | |
| 6. - FA 529 Diversified International Portfolio Class A | | None | K | T | Distributed (part) | 08/30/16 | J | A | |
| 7. - FA 529 Stock Selector Mid Cap Portfolio Class A | | None | K | T | Distributed (part) | 11/15/16 | J | A | |
| 8. - FA 529 Small Cap Portfolio Class A | | None | K | T | Distributed (part) | 11/15/16 | J | A | |
| 9. - FA 529 Dividend Growth Portfolio Class A | | None | K | T | | | | | |
| 10. - FA 529 High Income Portfolio Class A | | None | | | Distributed (part) | 03/01/16 | J | A | |
| 11. | | | | | Distributed | 08/30/16 | J | A | |
| 12. - FA 529 Limited Term Bond Portfolio Cl A (formerly Intermediate Bond) | | None | J | T | | | | | |
| 13. TRUSTEE ACCOUNT #1 (H) | | | | | | | | | |
| 14. - Schwab One money market account | A | Interest | L | T | | | | | |
| 15. - Loomis Sayles Bond Fund Class R | A | Dividend | | | Sold | 11/11/16 | K | | |
| 16. - Pimco Income Fund Class D | B | Dividend | K | T | | | | | |
| 17. - T Rowe Price Blue Chip Growth Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - BBH Core Select Fund Class N | B | Dividend | K | T | Buy (add'l) | 11/14/16 | J | | |
| 19. - Vanguard Dividend Growth Fund Investor shares | A | Dividend | K | T | Sold (part) | 05/24/16 | J | B | |
| 20. | | | | | Sold (part) | 10/13/16 | J | B | |
| 21. - Powershares S&P ETF 500 Low Volatility | A | Dividend | | | Buy (add'l) | 04/25/16 | J | | |
| 22. | | | | | Sold | 10/13/16 | K | C | |
| 23. - Vanguard Selected Value Fund | A | Dividend | K | T | | | | | |
| 24. - WisdomTree Europe Hedged Equity ETF | A | Dividend | | | Sold (part) | 04/25/16 | J | | |
| 25. | | | | | Sold (part) | 06/27/16 | J | | |
| 26. | | | | | Sold | 08/23/16 | J | | |
| 27. - WisdomTree Japan Hedged Equity Fund | A | Dividend | | | Sold (part) | 06/27/16 | J | | |
| 28. | | | | | Sold | 08/23/16 | J | | |
| 29. - Schwab Health Care Fund | A | Dividend | J | T | Sold (part) | 10/13/16 | J | | |
| 30. - Ishares ETF Short Maturity Bond | A | Dividend | J | T | | | | | |
| 31. - Glenmede Large Cap Growth Fund | A | Dividend | K | T | | | | | |
| 32. - Proshares UltraShort Euro ETF | | None | | | Sold | 03/10/16 | J | B | |
| 33. - WisdomTree Trust Germany Hedged Equity Fund | | None | | | Sold | 04/25/16 | J | | |
| 34. - Berkshire Hathaway Class B common stock | | None | K | T | Buy (add'l) | 04/25/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/11/16 | J | | |
| 36. - Sector SPDR Fund Consumer Discretionary Select ETF | A | Dividend | K | T | | | | | |
| 37. - Powershares DWA Momentum ETF | | None | | | Sold | 04/25/16 | J | | |
| 38. - Double Line Total Return Bond Fund Class N | A | Dividend | | | Buy | 04/18/16 | K | | |
| 39. | | | | | Sold (part) | 10/13/16 | J | | |
| 40. | | | | | Sold | 11/14/16 | J | | |
| 41. - Select STR Financial Select SPDR ETF | A | Dividend | J | T | Buy | 08/30/16 | J | | |
| 42. - Real Estate Select Sector SPDR Fund | B | Dividend | | | Spinoff (from line 41) | 09/22/16 | J | | |
| 43. | | | | | Sold | 11/11/16 | J | | |
| 44. - Powershares QQQ Trust 1 ETF IV | A | Dividend | K | T | Buy | 11/11/16 | K | | |
| 45. CHARLES SCHWAB IRA #1 (H) | | | | | | | | | |
| 46. - Charles Schwab money market account (Y) | | | | | | | | | |
| 47. - Charles Schwab Bank insured deposit account | A | Interest | M | T | | | | | |
| 48. - PPL Corporation common stock | B | Dividend | K | T | | | | | |
| 49. - Financial Select Sector SPDR ETF | A | Dividend | K | T | Buy (add'l) | 08/30/16 | J | | |
| 50. - IShares TIPS Bond ETF | A | Dividend | L | T | Buy (add'l) | 10/13/16 | K | | |
| 51. - T Rowe Price Blue Chip Growth Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Vanguard Short Term Corporate Bond Index ETF | A | Dividend | K | T | | | | | |
| 53. - Vanguard Dividend Growth Fund Investor Shares | A | Dividend | K | T | Sold (part) | 10/13/16 | J | B | |
| 54. - Powershares S&P ETF 500 Low Volatility | A | Dividend | | | Sold (part) | 10/13/16 | K | C | |
| 55. | | | | | Sold | 11/11/16 | K | B | |
| 56. - Vanguard Selected Value Fund | B | Dividend | K | T | Sold (part) | 10/13/16 | J | A | |
| 57. - SPDR S&P Midcap 400 ETF | A | Dividend | | | Sold | 04/25/16 | K | B | |
| 58. - WisdomTree Europe Hedged Equity ETF | A | Dividend | | | Sold (part) | 04/25/16 | J | | |
| 59. | | | | | Sold (part) | 06/27/16 | J | | |
| 60. | | | | | Sold | 10/13/16 | J | A | |
| 61. - WisdomTree Japan Hedged Equity Fund | A | Dividend | | | Sold (part) | 04/25/16 | J | | |
| 62. | | | | | Sold (part) | 06/27/16 | J | | |
| 63. | | | | | Sold | 10/13/16 | J | A | |
| 64. - Schwab Health Care Fund | A | Dividend | K | T | Sold (part) | 02/22/16 | J | | |
| 65. - Ishares ETF Short Maturity Bond: Near | A | Dividend | K | T | | | | | |
| 66. - Consumer Discretionary Select Sector SPDR ETF | A | Dividend | K | T | Sold (part) | 10/13/16 | J | B | |
| 67. - Technology Select Sector SPDR ETF | A | Dividend | J | T | | | | | |
| 68. - Glenmede Large Cap Growth Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Powershares QQQ Trust Series 1 | A | Dividend | K | T | Buy (add'l) | 11/11/16 | J | | |
| 70. - Guggenheim S&P 500 Equal Weight HC ETF | A | Dividend | J | T | | | | | |
| 71. - Purefunds ISE Cyber Security ETF | | None | | | Sold | 02/22/16 | J | | |
| 72. - Talen Energy Corporation common stock | | None | | | Sold | 12/06/16 | J | | |
| 73. - Berkshire Hathaway Class B common stock | | None | K | T | Buy (add'l) | 04/25/16 | K | | |
| 74. - Ishares U.S. Medical Devices ETF | A | Dividend | J | T | | | | | |
| 75. - Ishares S&P Small-Cap 600 Growth ETF | | None | | | Sold | 02/22/16 | K | | |
| 76. - Ishares U.S. Aerospace Defense ETF | A | Dividend | K | T | Sold (part) | 04/25/16 | J | A | |
| 77. | | | | | Buy (add'l) | 11/11/16 | J | | |
| 78. - Powershares DWA Momentum ETF | A | Dividend | | | Sold | 04/25/16 | J | | |
| 79. - Ishares US Preferred Stock ETF | A | Dividend | K | T | Buy | 03/03/16 | K | | |
| 80. - Doubleline Total Return Bond Fund Class N | A | Dividend | | | Buy | 04/18/16 | K | | |
| 81. | | | | | Sold (part) | 10/13/16 | J | | |
| 82. | | | | | Sold | 11/14/16 | K | | |
| 83. - Schwab US Tips ETF | A | Dividend | K | T | Buy | 08/23/16 | K | | |
| 84. - Real Estate Select Sector SPDR ETF | A | Dividend | J | T | Spinoff (from line 49) | 09/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 49;  Name has changed from Sector SPDR Financial Select Shares of Beneficial Interest to Financial Select Sector SPDR ETF

Part VII, Line 50;  Name has changed from Ishares TR TIPS Bond ETF to Ishares TIPS Bond ETF

Part VII, Line 67;  Name has changed from Sector SPDR Tech Select Shares of Beneficial Interest to Technology Select Sector SPDR ETF

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/10/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher C. Conner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544